UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                              Chapter 13
VIRNEISHA L FRANKLIN                                           Case No.   18-25326-GMH

       Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

<u>**Your rights may be affected.**</u>   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **July 17, 2018 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

    Dated at Milwaukee, Wisconsin, on July 6, 2018.

                                           /s/_____
                                           Scott Lieske, Trustee
                                           Robert W. Stack, Staff Attorney
                                           Christopher D. Schimke, Staff Attorney
                                           Sandra M. Baner, Staff Attorney
                                           Chapter 13 Standing Trustee
                                           P.O. Box 510920
                                           Milwaukee, Wisconsin 53203
                                           T: (414) 271-3943
                                           F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
VIRNEISHA L FRANKLIN

                Chapter 13
                Case No. 18-25326-GMH

    Debtor.

---

### TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

---

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The plan contains a nonstandard provision stating that any secured claims not provided for in the plan shall be treated as nonpriority unsecured claims. This provision ultimately results in a request for valuation of secured claims. The model plan contemplates the use of nonstandard provisions only to the extent that such provisions are not otherwise included in the form. Since the model plan provides for requests for valuation of secured claims in section 3.2, the plan should be amended to remove the nonstandard provision.

    Dated at Milwaukee, Wisconsin, on July 6, 2018

                OFFICE OF CHAPTER 13 TRUSTEE

                /s/_____
                Scott Lieske, Chapter 13 Trustee
                Robert W. Stack, Staff Attorney
                Christopher D. Schimke, Staff Attorney
                Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI 53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:     Chapter 13
VIRNEISHA L FRANKLIN     Case No. 18-25326-GMH

         Debtor.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2018, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

         OFFICE OF THE U.S. TRUSTEE
         CREDIT SOLUTIONS, S.C.

    I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

         VIRNEISHA L FRANKLIN
         8574 W VILLARD AVE
         MILWAUKEE, WI 53225

    Dated:    July 6, 2018

                                  /s/_____
                                  Tongula Washington
                                  Administrative Assistant
                                  Office of the Chapter 13 Trustee
                                  P.O. Box 510920
                                  Milwaukee, WI 53203
                                  T: (414) 271-3943
                                  F: (414) 271-9344